IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* STEPHEN M. SHEA and )<br>2PROBE LLC, )<br>     )<br>            Plaintiffs,  )<br>     v.                    )<br>     )<br>VERIZON COMMUNICATIONS, INC.  )<br>     )<br>            Defendant.  )<br>_____ ) | CIVIL ACTION NO.<br>07-CV0111 (GK)<br><br><br><br>**FILED UNDER SEAL** |

**ORDER**

The United States having intervened in this action on February 18, 2011, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and with the consent of Relators Stephen M. Shea and 2Probe LLC and Defendant Verizon Communications, Inc. to the lifting of the seal, IT IS ORDERED that,

1. the Relators' Complaint, the United States' Notice of Election to Intervene, the Joint Stipulation of Dismissal, the Order of Dismissal dated February 28, 2011, Relators' Motion for Immediate Award of Statutory Minimum for Relator Share and Consent Motion for Entry of Briefing Schedule, the United States' Praecipe, the Relators' Praecipe Concerning Mediation of Relator Share, and this Order, be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this Order.

DONE and ORDERED at Washington, D.C., this 4th day of April 2011.

*Gladys Kessler*
United States District Judge

Copies to:

Doris D. Coles-Huff
Assistant United States Attorney
555 4th Street, N.W., Rm. E4919.
Washington, D.C. 20530

Arnold Auerhan
Department of Justice
Post Office Box 261 (PHB 9130)
Ben Franklin Station
Washington, D.C. 20044

Mary Louise Cohen
Colette G. Matzzie
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Rand L. Allen
Roderick L. Thomas
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006